___ FILED     ___ ENTERED
___ LODGED    ___ RECEIVED

APR 1 3 2007

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALEXANDER HUNTER,

    Plaintiff,

v.

AMERICAN WEST STEAMBOAT COMPANY LLC,

    Defendant.

Case No. C06-182P

ORDER OF DISMISSAL

    Counsel having notified the court of the settlement of this case, and it appearing that no issue remains for the court's determination,

    IT IS ORDERED that this action and all claims asserted herein are DISMISSED with prejudice and without costs to any party.

    In the event that the settlement is not perfected, any party may move to reopen the case, provided that such motion is filed within 45 days of the date of this order. Any trial date and pretrial dates previously set are hereby VACATED.

    IT IS SO ORDERED this __13__ day of April, 2007.

*/s/ Marsha J. Pechman*
Marsha J. Pechman
United States District Judge

06-CV-00182-ORD

ORDER OF DISMISSAL